**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Corey Elmo WELKER, Defendant–Appellant,**

The Estate of Lorin J. Welker, a/k/a Lorin J. Welker, Garnishee.

No. 01–7048.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2001.

Decided Dec. 3, 2001.

Corey Elmo Welker, pro se. Mark Anthony Exley, Office of the United States Attorney, Norfolk, VA, for appellee.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Corey Elmo Welker appeals the district court's orders denying his motion to dismiss a writ of garnishment and entering garnishment. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Welker*, No. CR–00–76 (E.D. Va. May 30 & June 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*